UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD BANGS,<br><br>             Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>             Defendant. | NO. CV-11-3039-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court, without oral argument, is the Magistrate Judge's Report and Recommendation entered on August 8, 2012, ECF No. 25, recommending the parties' Stipulated Motion for an Order of Remand, ECF No. 24, be granted. No objections have been filed.

Having reviewed the Report and Recommendation, the Court adopts the Magistrate Judge's recommendation. Accordingly, **IT IS HEREBY ORDERED**:

    1.    The Report and Recommendation, **ECF No. 25,** is **ADOPTED in its entirety**.

    2.    The Stipulated Motion for an Order of Remand, **ECF No. 24**, is **GRANTED** pursuant to sentence four of 42 U.S.C. § 405(g). The administrative law judge shall offer the claimant the opportunity for a new hearing and testimony; shall conduct a proper evaluation of the medical and other evidence of record, including Dr. Hartman's opinions, in accordance with agency regulations and policy; reassess the claimant's

ORDER ~ 1

credibility and residual functional capacity and provide specific reasons supported by the record for all findings made; and, if necessary, obtain vocational expert testimony to determine whether the claimant can perform his past relevant work, or other work, given his age, education, and residual functional capacity.

    3.    **Judgment** shall be entered in Plaintiff's favor.

    4.    All other pending motions are **DENIED AS MOOT.**

    5.    This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to the parties and Magistrate Judge Hutton.

DATED this 21st day of August, 2012.

                S/ Edward F. Shea
                EDWARD F. SHEA
          Senior United States District Judge

Q:\EFS\Civil\2011\3039.adopt.lc1.wpd

ORDER ~ 2

```
Q:\EFS\Civil\2011\3039.adopt.lc1.wpd
```

ORDER ~ 3