1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5    RICHARD BANGS,                    )
                                       )
6              Plaintiff,              )
                                       )        NO.  CV-11-3039-JPH
7    vs.                               )
                                       )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                )        **CIVIL CASE**
     Commissioner of Social Security,  )
9                                      )
               Defendant.              )
10                                     )
                                       )
11   _____)

12        **STIPULATION BY THE PARTIES:**

13        The parties have stipulated to the remand of the captioned matter pursuant

14   to sentence four of 42 U.S.C. § 405(g).

15        **IT IS ORDERED AND ADJUDGED** that:

16        The matter is **REMANDED** for additional proceedings pursuant to sentence

17   four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff.

18        DATED this 21st  day of  August, 2012.

19                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
20

21

22                                      by: __s/ Karen White_____
                                        Deputy Clerk
23

24   cc: all counsel

25

26